UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

# CRIMINAL MINUTES

**Date:** January 22, 2019 **Time:** 22 minutes **Judge:** RICHARD SEEBORG

**Case No.**: 18-cr-00597-RS-1 **Case Name:** USA v. Trenton Robinson

**Attorney for Government:** Ben Kingsley
**Attorney for Defendant:** Julia Jayne
**Defendant:** [X] Present   [ ] Not Present
**Defendant's Custodial Status:** [ ] In Custody  [X] Not in Custody

**Deputy Clerk:** Corinne Lew        **Court Reporter:** Kathy Sullivan
**Interpreter:** n/a                 **Probation Officer:** n/a

## PROCEEDINGS

Change of Plea Held.

## SUMMARY

The defendant is sworn. Plea Agreement was executed in open court. The defendant plead guilty to Counts One and Two of the Information. Case continued to **3/12/19 at 2:30 p.m.** for Status Hearing.