1 | DAVID L. ANDERSON (CABN 149604)
United States Attorney

2

3 | HALLIE HOFFMAN (CABN 210020)
Chief, Criminal Division

4 | BENJAMIN KINGSLEY (CABN 314192)
Assistant United States Attorney

5
    450 Golden Gate Avenue, Box 36055
6     San Francisco, California 94102-3495
    Telephone: (415) 436-6937
7     FAX: (415) 436-7234
    Benjamin.Kingsley@usdoj.gov

8 | Attorneys for the United States of America

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| UNITED STATES OF AMERICA, | ) CASE NO. CR 18-597 RS |
|---|---|
| Plaintiff, | ) STIPULATION SETTING SENTENCING DATE AND ORDER |
| v. | ) |
| TRENTON ROBINSON, | ) |
| Defendants. | ) |

The United States, by its undersigned counsel, and defendant, by his undersigned counsel, hereby stipulate and agree to the following:

On January 22, 2019, defendant pleaded guilty to Counts One and Two of the captioned Information. The parties are scheduled to appear on March 12, 2019, for a status conference on a scheduling date. The parties have conferred and have agreed to July 16, 2019, as a sentencing date for defendant.

//

//

//

STIPULATION SETTING SENTENCING AND [PROPOSED] ORDER
CR 18-597 RS                                                       1

The parties thus respectfully request that the Court set that date, vacate the hearing on March 12, and refer the matter to Probation for preparation of a Presentence Report.

IT IS SO STIPULATED.

DATED: March 9, 2019 /s/
BENJAMIN KINGSLEY
Assistant United States Attorney

DATED: March 9, 2019 /s/
JULIA JAYNE
Counsel for Defendant Trenton Robinson

| | ORDER |
|---|---|
| 1 | |

The status conference currently scheduled for March 12, 2019, at 2:30 p.m. is vacated. Sentencing is scheduled for July 30, 2019, at 2:30 p.m. This matter is referred to the United States Probation Office for preparation of a Presentence Report.

IT IS SO ORDERED.

DATED: 3/11/19

HON. RICHARD SEEBORG
UNITED STATES DISTRICT JUDGE