JULIA M. JAYNE (State Bar No. 202753)
E-Mail: *julia@jaynelawgroup.com*
JAYNE LAW GROUP, P.C.
483 9th Street, Suite 200
Oakland, California 94607
Telephone: (415) 623-3600
Facsimile: (415) 623-3605

Attorney for Defendant
TRENTON ROBINSON

# UNITED STATES DISTRICT COURT

# NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>Plaintiff,<br><br>v.<br><br>TRENTON ROBINSON,<br><br>Defendant. | Case No. CR 18-597 RS<br><br>**STIPULATION AND [PROPOSED]**<br>**ORDER TO CONTINUE SENTENCING** |

The parties are currently scheduled to appear for sentencing before the Honorable Richard Seeborg on July 18, 2019, at 9:30 a.m. By stipulation of the parties, and with consent of the defendants, the parties move to continue sentencing to September 13, 2019 at 10:00 a.m.

The reason for the requested continuance is to allow sufficient time between sentencing in related case Nos. 19-cr-00021-RS and 19-cr-00094-RS and Mr. Robinson's sentencing hearing. Additionally, counsel for Mr. Robinson is not available in the month of August 2019.

**IT IS SO STIPULATED.**

STIPULATION AND [PROPOSED] ORDER TO CONTINUE SENTENCING
CR 18-597 RS                                             1

DATED: June 20, 2019                By:            /s/
                                    Julia Mezhinsky Jayne
                                    Counsel for TRENTON ROBINSON


DATED: June 20, 2019                UNITED STATES ATTORNEY'S OFFICE


                                    By:            /s/
                                    BENJAMIN KINGSLEY
                                    Attorneys for Plaintiff
                                    UNITED STATES OF AMERICA


## [~~PROPOSED~~] ORDER

For the reasons set forth by the parties in the foregoing Stipulation, IT IS HEREBY ORDERED that the July 18, 2019 sentencing in the above-captioned matter is VACATED and the captioned case is reset for sentencing on September 13, 2019 at 10:00 a.m.

**IT IS SO ORDERED.**

DATED: 6/20/19

                                    _____
                                    HONORABLE RICHARD SEEBORG
                                    United States District Judge

LAW OFFICES
JAYNE LAW GROUP, P.C.
483 9TH STREET, SUITE 200
OAKLAND, CA 94607