JULIA M. JAYNE (State Bar No. 202753)
E-Mail: *julia@jaynelawgroup.com*
JAYNE LAW GROUP, P.C.
483 9th Street, Suite 200
Oakland, California 94607
Telephone: (415) 623-3600
Facsimile: (415) 623-3605

Attorney for Defendant
TRENTON ROBINSON

# UNITED STATES DISTRICT COURT

# NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>Plaintiff,<br><br>v.<br><br>TRENTON ROBINSON,<br><br>Defendant. | Case No. CR 18-597 RS<br><br>**STIPULATION AND ORDER TO CONTINUE SENTENCING** |

The parties are currently scheduled to appear for sentencing before the Honorable Richard Seeborg on September 13, 2019 at 10:00 a.m. By stipulation of the parties, and with consent of the defendants, the parties move to continue sentencing to September 24, 2019 at 10:00 a.m.

The reason for the requested continuance is to allow sufficient time for Mr. Robinson's counsel to complete a trial in Case No. 16-0047-EJD, which is scheduled to begin August 13, 2019 and may extend into September 2019.

**IT IS SO STIPULATED.**

STIPULATION AND [PROPOSED] ORDER TO CONTINUE SENTENCING
CR 18-597 RS                                                                 1

LAW OFFICES
JAYNE LAW GROUP, P.C.
483 9TH STREET, SUITE 200
OAKLAND, CA 94607

DATED: August 5, 2019            By:    /s/
                                                     Julia Mezhinsky Jayne
                                                     Counsel for TRENTON ROBINSON

DATED: August 5, 2019            UNITED STATES ATTORNEY'S OFFICE

                                      By:    /s/
                                                       BENJAMIN KINGSLEY
                                                       Attorneys for Plaintiff
                                                       UNITED STATES OF AMERICA

**ORDER**

For the reasons set forth by the parties in the foregoing Stipulation, IT IS HEREBY ORDERED that the September 13, 2019 sentencing in the above-captioned matter is VACATED and the captioned case is reset for sentencing on September 24, 2019 at 10:00 a.m.

**IT IS SO ORDERED.**

DATED: 8/6/19

*[signature]*

HONORABLE RICHARD SEEBORG
United States District Judge

STIPULATION AND [PROPOSED] ORDER TO CONTINUE SENTENCING
CR 18-597 RS                                                2