UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

### CRIMINAL MINUTES

**Date:** September 24, 2019    **Time:** 38 minutes    **Judge:** RICHARD SEEBORG

**Case No.:** 18-cr-00597-RS-1    **Case Name:** USA v. Trenton Robinson

**Attorney for Government:** Benjamin Kingsley
**Attorney for Defendant:** Julia Jayne
**Defendant:** [X] Present   [ ] Not Present
**Defendant's Custodial Status:** [ ] In Custody  [X] Not in Custody

**Deputy Clerk:** Corinne Lew                **Court Reporter:** Belle Ball
**Interpreter:** n/a                         **Probation Officer:** Monica Romero

### PROCEEDINGS

Sentencing Hearing Held.

### SUMMARY

The court sentenced the defendant to the custody of the Bureau of Prisons for a period of 15 months. This term consists of 15 months on each of Counts One and Two, all counts to be served concurrently. Upon release from custody, the defendant shall be placed on a term of supervised release for a period of three years. This term consists of three years on Count One and one year on Count two, all such terms to run concurrently. The defendant is ordered to pay a special assessment in the amount of $200, which shall be due immediately. The court did not impose a fine. Defendant shall self-surrender on 11/18/19. (see judgment for additional conditions).