UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

USA,

        Plaintiff,

  v.

TRENTON ROBINSON,

        Defendant.

Case No. 18-cr-00597-RS-1

**ORDER REQUESTING GOVERNMENT BRIEFING**

Re: Dkt. No. 30

Defendant Trenton Robinson has filed a renewed motion for compassionate release in light of the ongoing COVID-19 pandemic. The government's response, if any, shall be filed by April 24, 2020 by 5:00 PM. The motion will then be decided without oral argument.

**IT IS SO ORDERED**.

Dated: April 22, 2020

RICHARD SEEBORG
United States District Judge